# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 15, 2025

**BY EMAIL**
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. The US Marshal Service is respectfully requested to transfer defendant to the Eastern District of Pennsylvania so that he may appear at his proceedings there.*

*The Clerk of Court is respectfully requested to terminate ECF 6.*

Dated: September 16, 2025
New York, NY

SO ORDERED

[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:   **United States v. Bryan Espinal Infante**
      **25 MJ 02894 (UA)**

Dear Judge Moses:

    I write to respectfully request that the Court immediately enter a transport order for Mr. Espinal, who appeared before the Court last Thursday on a Rule 5(c)(3) warrant out of the Eastern District of Pennsylvania.

    On September 11, 2025, following a bail hearing, Magistrate Judge Valerie Figueredo ordered Mr. Espinal released on conditions, including *inter alia* an ankle monitor, pending his proceedings in Pennsylvania. Mr. Espinal was released on his own signature with an ankle monitor and returned to his mother's residence in the Bronx as instructed. While he was *en route*, the government obtained a stay of Judge Figueredo's order from Judge Paul S. Diamond sitting in the Eastern District of Pennsylvania, who further ordered Mr. Espinal's immediate detention. Accordingly, Mr. Espinal returned to 500 Pearl Street on the morning of September 12, 2025 and surrendered to the United States Marshal Service.

    The following day, Judge Diamond held a bail hearing, after which he ordered Mr. Espinal detained pending trial. Accordingly, as Mr. Espinal remains in custody at the MDC Brooklyn, I request that the Court immediately enter an order directing the United States Marshal Service to transfer Mr. Espinal to the Eastern District for Pennsylvania for him to appear for his proceedings there.

Sincerely,

 /s/ Hannah McCrea
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC: AUSA Jason Grenell